UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CITIMORTGAGE, INC., )
)
Appellant, )
)
v. )   **JUDGMENT**
)
)   No. 2:13-CV-44-FL
SEA HORSE REALTY & )
CONSTRUCTION, INC., )
)
Appellee. )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal from an order of the United States Bankruptcy Court dated February 1, 2013.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 9, 2013, that the bankruptcy court's decision granting appellee's motion for summary judgment is AFFIRMED.

**This Judgment Filed and Entered on October 9, 2013, and Copies To:**
David P. Ferrell (via CM/ECF Notice of Electronic Filing)
George Mason Oliver (via CM/ECF Notice of Electronic Filing)


October 9, 2013              JULIE A. RICHARDS, CLERK
                             /s/ Christa N. Baker
                             (By) Christa N. Baker, Deputy Clerk